## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

**FILED**
**FEBRUARY 5, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Nauman Noor
v.
CACV, LLC, and
Fair Collections & Outsourcing

Case Number: **08 C 775**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - Nauman Noor

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE COX**

| Field | Value |
|---|---|
| NAME (Type or print) | Larry P. Smith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Larry P. Smith |
| FIRM | Larry P. Smith & Associates, Ltd. |
| STREET ADDRESS | 205 N. Michigan Ave., Suite 4000 |
| CITY/STATE/ZIP | Chicago, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6217162 |
| TELEPHONE NUMBER | 312-222-9028 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐