# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| NAUMAN NOOR,<br><br>　　Plaintiff,<br>v.<br><br>CACV, LLC<br>and<br>FAIR COLLECTIONS & OUTSOURCING,<br><br>　　Defendants. | Case No. 08 C 775<br><br>Judge Gettleman |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
FAIR COLLECTIONS & OUTSOURCING, INC.

| |
|---|
| NAME: Nabil G. Foster |
| SIGNATURE: s/ *Nabil G. Foster* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6273877 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

      I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **APPEARANCE** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 3rd day of April, 2008.

| | | |
|---|---|---|
| _X_   CM/ECF<br>___   Facsimile<br>___   Federal Express<br>___   Mail<br>___   Messenger | | *Attorneys for Plaintiff(s)*<br>Mr. Larry Smith<br>Larry P. Smith & Associates, Ltd.<br>205 N. Michigan Ave.<br>40th Floor<br>Chicago, IL 60601 |
| | | s/Nabil G. Foster<br>One of Its Attorneys |
| David M. Schultz (Atty. No. 6197596)<br>Nabil G. Foster (Atty. No. 6273877)<br>Attorneys for Defendant<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois 60601-1081<br>Phone No: (312) 704-3000<br>Fax No: (312) 704-3001<br>E-mail Address: dschultz@hinshawlaw.com<br>                      nfoster@hinshawlaw.com | | |

6303764v1 886202