IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAUMAN NOOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 775 |
| v. ) | |
| ) | Judge: Gettleman |
| CACV, LLC, ) | |
| and ) | |
| FAIR COLLECTIONS & OUTSOURCING, ) | |
| ) | |
| Defendant. ) | |

## FEDERAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, FAIR COLLECTIONS & OUTSOURCING, INC states as follows:

1. FAIR COLLECTIONS & OUTSOURCING, INC.'s parent corporation is FCO Holdings Inc.

2. No publicly held corporation owns 10% or more of FAIR COLLECTIONS & OUTSOURCING, INC.'s stock.

Date: April 3, 2008                                        Respectfully submitted,

                                                           By: s/ Nabil G. Foster
                                                           One of the Attorneys for Defendant

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No:  (312) 704-3000
Fax No:  (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
                nfoster@hinshawlaw.com

6303528v1 886202

2

## CERTIFICATE OF SERVICE

      I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **Federal Rule 7.1 Disclosure Statement** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 3rd day of April, 2008.

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorneys for Plaintiff(s)* |
| ___ | Facsimile | Mr. Larry Smith |
| ___ | Federal Express | Larry P. Smith & Associates, Ltd. |
| ___ | Mail | 205 N. Michigan Ave. |
| ___ | Messenger | 40th Floor |
| | | Chicago, IL 60601 |

                                                s/Nabil G. Foster
                                                One of Its Attorneys

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No: (312) 704-3000
Fax No: (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
                      nfoster@hinshawlaw.com