IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEUMAN NOOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-775 |
| | ) | |
| CACV, LLC, | ) | Judge Gettleman |
| and | ) | |
| FAIR COLLECTIONS & OUTSOURCING, | ) | |
| | ) | |
| Defendant. | ) | |

## VOUNTARY MOTION TO DISMISS

NOW COMES the Plaintiff, NEUMAN NOOR, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, CACV, LLC, with prejudice and without costs to be paid to any party.

Respectfully Submitted,
**NEUMAN NOOR**

By: ____/s Larry P. Smith_____
Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911