IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEUMAN NOOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 08-CV-775 |
| ) | |
| CACV, LLC, ) | Judge Gettleman |
| and ) | |
| FAIR COLLECTIONS & OUTSOURCING,) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

CACV, LLC                                           Mr. David M Schultz
Attn: Legal Department                     Hinshaw & Culbertson
370 17th St., Suite 5000                   222 North LaSalle Street, Suite 300
Denver, CO 80202                           Chicago, IL 60601-1081

   PLEASE TAKE NOTICE THAT On April 30, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

Name:              LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys For:     Plaintiff
Address:           205 N. Michigan Ave, Suite 4000
City:              Chicago, Illinois 60601
Telephone:         (312) 222-9028

### PROOF OF SERVICE

   I, the undersigned, an attorney, certify that I served this notice by depositing the same in the United States mail with sufficient postage affixed thereon to the above named parties before 5:00 p.m. on April  30 , 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

                                      By: ____/s Larry P. Smith_____
                                             Attorney for Plaintiff