## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 775 | **DATE** | 6/9/2008 |
| **CASE TITLE** | Neuman Noor vs CACV, LLC, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's voluntary motion to dismiss is granted and defendant CACV, LLC is dismissed with prejudice and without costs.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|